AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Kyle Young

was received by me on *(date)*          08/09/2023          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Sent via USPS certified mail. Service date 8-14-2023. See copy of green card attached

My fees are $      0.00      for travel and $      0.00      for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:      08/16/2023

/s/ Diana Robinson
*Server's signature*

Diana Robinson
*Printed name and title*

PAOFF, ROBINSON, & WIDMAN, LLC
405 Madison Ave, Ste. 1100, Toledo, OH 43604
diana@prwattorneys.com
*Server's address*

Additional information regarding attempted service, etc:

Case: 1:23-cv-00502-DRC Doc #: 9 Filed: 08/16/23 Page: 2 of 2 PAGEID #: 684

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*    C. Date of Delivery   8/14 |
| 1. Article Addressed to:<br>Kyle Young<br>691 Greencrest<br>Waterville, OH 43081 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 6990 1225 4459 84 | 3. Service Type    ☐ Priority Mail Express®<br>☐ Adult Signature    ☐ Registered Mail™<br>☐ Adult Signature Restricted Delivery    ☐ Registered Mail Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery    ☒ Signature Confirmation™<br>☐ Collect on Delivery    ☐ Signature Confirmation Restricted Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) |
| 2. Article Number *(Transfer from service label)*<br>7020 1810 0001 2792 7296 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |